# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOHNATHAN DEWAYNE COOPER, SR.**                                             **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 4:08cv00014 HTW-LRA**

**WARDEN DALE CASKEY, et al.**                                                       **DEFENDANTS**

## FINAL JUDGEMENT

In accordance with the Rule 58 of the Federal Rules of Civil Procedure and the Order of Dismissal entered by this Court on July 31, 2009, this cause is hereby finally dismissed with prejudice and judgment is entered in favor of Defendants.

IT IS, THEREFORE, ORDERED that the cause is dismissed with prejudice. Final Judgment is entered in favor of Defendants.

SO ORDERED THIS the 6th day of August 2009.

                                                             S/Linda R. Anderson
                                         UNITED STATES MAGISTRATE JUDGE